UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL No. 22-507 (DSD/ECW)

Buomkuoth Gatluak Puot Well,

       Plaintiff,

v.                                                      **ORDER**

State of Minnesota; Fifth Judicial
District; Christopher Rovney;
Jennifer Clements; Breck Rolfsrud;
Jill Baker; and Elizabeth Levine,

       Defendants.

This matter comes before the court upon the report and recommendation (R&R) of United States Magistrate Hildy Bowbeer dated March 8, 2022. Plaintiff has not objected to this R&R in the time period permitted.

Accordingly, based on the R&R and the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1.    The R&R [ECF No. 4] is adopted in its entirety;

2.    This action is dismissed without prejudice; and

3.    The application to proceed in forma pauperis [ECF No. 2] is denied.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 23, 2023

                       s/David S. Doty
                       David S. Doty, Judge
                       United States District Court